FILED
February 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002403715

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**DONALD & FREDA GILMORE,**

Debtor(s).
_____/

Case No. 09-12698-A-7

DC No. JES-2

TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION

Date:  March 10, 2010
Time:  10:00
Dept:  B

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on .

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (N). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 1994 Freightliner and a 1991 42' Trailer.

5. Trustee wishes to sell the subject assets so that the

1 | proceeds can benefit the estate. The Trustee has elected to sell
2 | the assets by means of public auction to be held on or after March
3 | 10, 2010. Auction will be held at Baird Auctions and Appraisals
4 | located at 1328 North Sierra Vista, Suite B in Fresno, California.

5 |     6.    Trustee has previously filed an application for authority
6 | to employ said auctioneer.

7 |     7.    Auctioneer routinely holds regularly scheduled, and
8 | advertised, auctions on Tuesday nights. Estate will retain the
9 | right to approve sales price and, if not deemed sufficient, will
10 | withdraw the item and place in a subsequent sale.

11 |     8.    Trustee believes that the such auction is in the best
12 | interest of the creditors.

13 |     **WHEREFORE**, the trustee prays that after appropriate
14 | notice and opportunity to be heard, he be authorized to sell the
15 | above-described assets at public auction.

DATED: 2/8/10

JAMES E. SALVEN,
Movant

-2-